## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

In Re   Sean P. Strociek,           )        Case No. 16-81110
                                    )
                  Debtor.           )

To:    See attached service list

### NOTICE OF WITHDRAWAL OF MOTION FOR DISCHARGE

You are hereby notified that Sean Strociek withdraws his Motion for Discharge filed on April 8, 2017.

_____
Steven J. Brody

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that I will have served this notice by mailing a copy to the persons to whom it is directed at the address which appears above and depositing the same in the United States Mail at Crystal Lake, Illinois before 5:00 P.M. on April 20, 2017, with proper postage prepaid.

_____
Steven J. Brody

Steven J. Brody
Steven J. Brody & Associates, Ltd.
Attorneys for Debtor
15 W. Woodstock Street
Crystal Lake, Illinois 60014
Telephone          (815) 479-8800
Facsimile          (815) 479-8880
Email              steve@sjbrodylaw.com
ARDC no. 06205619
F:\Bankruptcy\Strociek\motion to repoen and discharge\Discharge\motion for discharge.wpd

**SERVICE LIST**

A/R Concepts,Inc
33 W Higgins Rd Suite 715
South Barrington, IL 60010

Acceptance Now
5501 Headquarters Dr
Plano, TX 75024

Advocate Medical Group
1775 Dempster St
Park Ridge, IL 60068

Advocate Sherman Hospital
1425 N. Randall Road
Elgin, IL 60123

Advocate Sherman Hospital
35134 Eagle Way
Chicago, IL 60678-1351

Afni, Inc.
Po Box 3097
Bloomington, IL 61702

Americash Loans
4213 W. Elm Street
McHenry, IL 60050

Americash Loans LLC
4213 W Elm St
McHenry, IL 60050

Americollect Inc
Po Box 1566
Manitowoc, WI 54221

Amex
P.O. Box 981537
El Paso, TX 79998

Anesthesiology Assocaigtes of WI
C/O Dobberstein Law Firm, LLC
225 S. Executive Drive
Brookfield, WI 53005

Aurora Health Care
P.O Box 091700
Milwaukee, WI 53209-8700

Caine & Weiner
Po Box 5010
Woodland Hills, CA 91365

Capital One Bank
c/o Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541

Cb Of The Hudson Valle
155 N Plank Rd
Newburgh, NY 12550

CBE Group
1309 Technology Parkway
Cedar Falls, IA 50613

Centegra Health System
P.O. Box 864
Mahwah, NJ 07430

Centegra Health System
PO Box 864
Mahwah, NJ 07430

Centegra Hospital- McHenry c/o AAMS
4800 Mills Civic Parkway
Suite 202
West Des Moines, IA 50265-5265

Centegra Physician Care LLC
PO Box 187
Bedford Park, IL 60499-0187

Centegra Primary Care
c/o Harris & Harris, Ltd.
111 W. Jackson Blvd., Ste 400
Chicago, IL 60604

CEPAmerica Illinois LLP
PO Box 582663
Modesto, CA 95358-0046

Charter Communications c/o Afni, In
404 Brock Drive
PO Box 3427
Bloomington, IL 61702-3427

Chase Card
Po Box 15298
Wilmington, DE 19850

CNS Integrated Imaging Consultants
PO Box 95040
Chicago, IL 60694-5040

Collect Asso
Po Box 465
Brookfield, WI 53008

Comcast
c/o Stellar Recovery, Inc.
PO Box 1119
Charlotte, NC 28201-1119

Commonwealth Financial
245 Main St
Dickson City, PA 18519

Direct TV
PO Box 78626
Phoenix, AZ 85062-8626

Dish Network
9601 S. Meridian Blvd
Englewood, CO 80112

Dish Network
Dept 0063
Palatine, IL 60055

Falls Collection Svc
Po Box 668
Germantown, WI 53022

Feldman Real Estate, Inc.
Kershek Law Offices
10777 W. Beloit Road
Milwaukee, WI 53228-1225

Fox Valley Laboratory Physicians
PO Box 5133
Chicago, IL 60680

Fox Valley Orthopedic Assoc SC
2525 Kaneyville Road
Geneva, IL 60134-2578

H & R Accounts Inc
7017 John Deere Pkwy
Moline, IL 61265

Harris & Harris Ltd
111 W Jackson Blvd S-400
Chicago, IL 60604

Hsbc/Tax
90 Christiana Rd
New Castle, DE 19720

I.C.S. Inc.
P.O. Box 1010
Tinley Park, IL 60477-9110

Loraine Strociek
113 Quail Run
Lake in the Hills, IL 60156

McHenry Radiologists
PO Box 220
McHenry, IL 60051-0220

McHenry Radiologists
c/o OAC
PO Box 500
Baraboo, WI 53913-0500

Melissa Martin
113 Quail Run
Lake in the Hills, IL 60156

Mercy Health Physicians
c/o Americollect
P.O. Box 1566
Manitowoc, WI 54221-1566

Mercy Health Physicians
100 Mineral Point Avenue
Janesville, WI 53548

Mercy Health System
Mercy Harvard Hospital
PO Box 5177
Janesville, WI 53547-5177

MHS Physician Services
PO Box 5081
Janesville, WI 53547-5081

Midwest Bone & Joint Institute
2350 Royal Blvd. #200
Elgin, IL 60123

Midwest Endocrinology
380 N. Terra Cotta Road, Suite A
Crystal Lake, IL 60014-1809

MiraMed
991 Oak Creek Dr.
Lombard, IL 60148

Moraine Emergy Physicians
c/p NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

Nicor
1844 Ferry Road
PO 744962-0-DRPS VND#246141
Naperville, IL 60563

Nippersink Properties, Inc.
Land Management Properties, Inc.
P.O. Box 507
Richmond, IL 60071

Northwest Suburban Imaging
34659 Eagle Way
Chicago, IL 60678-1346

Oac
Po Box 500
Baraboo, WI 53913

Oac
Po Box 371068
Milwaukee, WI 53237

Patrick Layng
U.S. Bankruptcy Trustee
780 Regent Street, #304
Madison, WI 53715

Pendrick Capital Partners
C/O NCO Financial Services
507 Prudential Road
Horsham, PA 19044

Pinnacle Anesthesia
431 Summitt St., Suite 101B
Elgin, IL 60120

Professional Placement
272 N 12th St
Milwaukee, WI 53233

Sherman Hospital
934 Center Street
Elgin, IL 60120-2198

State Bank
7526 Hancock Dr
Wonder Lake, IL 60097

Stephen G. Balsley
6833 Stalter Dr.
Rockford, IL 61108

Transworld Systems
507 Prudential Rd.
Horsham, PA 19044

Transworld Systems Inc
507 Prudential Road
Horsham, PA 19044

Turner Acceptance Crp
5900 W Howard St
Skokie, IL 60077

United Anesthesia Associates SC
PO Box 631
Lake Forest, IL 60045

Village of Spring Grove
7401 Meyer Road
Spring Grove, IL 60081

Wonder Lake State Bank
3316 Thompson Rd
Wonder Lake, IL 60097